

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00366-CR

Christopher Tudor **CISNEROS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 516540
Honorable Genie Wright, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 2, 2016.

_____
Rebeca C. Martinez, Justice